M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2019 MAY -2  A 10: 27

Charco A. Hawkins, Elmore C.F.  )
Full name and prison name of DEBRA P. HACKETT, CLK
Plaintiff(s)       U.S. DISTRICT COURT
                   MIDDLE DISTRICT ALA

v.                                    )    CIVIL ACTION NO. 2:19-CV-315-WHA
                                      )    (To be supplied by Clerk of U.S. District
DeAngelo Jones (C.O.I) ADOC           )    Court)
Lt. Toddie     (Lt. 2nd shift)        )
Captain Smith  (2nd shift)            )
Warden Crow                           )
                                      )
                                      )
_____           )
Name of person(s) who violated your   )
constitutional rights. (List the names)
of all the person.)                   )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____None_____

               Defendant(s) ___—_____

          2.   Court (if federal court, name the district; if state court, name the county)

               _____None_____

3. Docket number _None_

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Elmore Correctional Facility 3520 Marion spillway rd., Elmore, Alabama. 36025._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Staton Correctional facility, 2690 Marion spillway rd. Elmore, Alabama. 36025._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                         ADDRESS
1. _DeAngelo Jones (C.O.I)_                    _{Correctional officers Add. confidential info.}_
2. _Lieutenant Toddie (2nd shift supervisor)_
3. _Captain Smith (2nd shift S.C.F)_
4. _Warden Crow (Head Warden S.C.F)_
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _April 9th 2019, Staton prison (S.C.F) [A.D.O.C.]_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was attacked (Physically assaulted) and badly beaten by 2 - 2nd shift security personell at Staton Correctional Facility. 8th Constitutional Amendment_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

8th Amendment U.S. Constitution - Cruel & unusual punishment / Article #3 #5 - Declaration of Human Rights. On or about 4-9-2019 while exiting the inmate cafeteria (chow hall) at approx. 4:30pm I was attacked & physically assaulted (Badly beaten) by 2 security personnel - C.O.I DeAngelo Jones & Lt. Toddie. I had a cinnamon roll on my person because I was only given 2-3 min's to eat, they stopped me and severly assaulted me, violating the "Hands off policy"

GROUND TWO: I did not threaten nor disobey these officers in any way, on that afternoon 4-9-2019, while D (delta) dorm was eating the last meal of the day - suppertime - chow call - at Staton C.F.

SUPPORTING FACTS: Several inmates, from D-dormitory, witnessed this incident. I suffered severe head injuries (I still have past concussion symptoms), back and neck injuries, kidney injuries (blood in urine for several days) etc... Brian Ratcliff witnessed this an inmate at Staton C.F., many D-dorm inmates, etc. I never attempted to intimidate nor give physical resistance to the officers whom assaulted me.

GROUND THREE: Internal Investigations - A.D.O.C. has interviewed me and all my personal property was taken by Staton C.F. officers but not transferred to Elmore with me nor sent later.

SUPPORTING FACTS: I was also threatened by Captain Smith (2nd shift supervisor) of Staton Correctional Facility following this incident. Disciplinary action was served to me following this incident and later dissapproved by the Warden - Staton supervisor - I was held in lock-up without proper cause and later transferred to a nearby prison - Elmore Correctional Facility, my present housing location.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want relief from incarceration and enough money to obtain proper healthcare (physical & mental) for my physical injuries (migraine headaches, back & neck pain, possible PTSD & paranoia when near any & all correctional officers) I suffered on or about April 9th 2019 when I was unjustly assaulted by A.D.O.C officials. Freedom & 1,000,000 $...

_____
Chavos A. Hawkins
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-30-19__
                (Date)

_____
Chavos A. Hawkins
Signature of plaintiff(s)

Charco A. Hawkins, 180405, B1-67b
3520 Marion Spillway rd.(E.C.F)
Elmore, Alabama. 36025.



MONTGOMERY AL 360
01 MAY 2019 PM 2 L

United States District Court
One church street-suite B-110.
Montgomery, Alabama 36104-4018.

36104-401801