IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2022 JUL 13  A 10: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHARCO A. HAWKINS, AIS 180 465, )
)
   Plaintiff. )
)
V. ) CASE NO: 2:19-CV-315-ECM-KFP
)
DEANGELO JONES, et.al., )

   Defendants.

MOTION FOR APPOINTMENT OF COUNSEL

   Comes Now the Petitioner in the above style cause of action and hereby moves the court pursuant to the FRCiv. P. to appoint counsel to assist the petitioner in the protrial proceedings in the instant case. As grounds thereof the petitioner says as follows :

   1. The petitioner filed a 1983 alleging a violation of his Civil Rights , and the same has been determined by the Court that there will be a jury trial after non settlement by the parties.

   2. The Plaintiff in the instant case avers that he is pro se and untrained in the/law and requests that the Court to appoint counsel to assist the petitioner in pre trial preparations and trial if need be.

WHEREFORE Premises considered the petitioner prays that the Court will appoint counsel, ORDER that Counsel meet with the Petitioner and discuss strategy for trial, and other relevant things that will need to be discussed for trial preparations, witnesses to be subpoenaed and any other relevant matters to be addressed by the Counsel.

CERTIFICATE OF SERVICE

I Charco A. Hawkins, do hereby certify that I have on this 8th day of July 2022, have served a copy of the foregoing on the Clerk of Court Debra Hackett by placing a copy of the foregoing in the US Mail postage prepaid addressed as folows :

*Charco Hawkins 180465*

CHARCO HAWKINS# 180465

ECF

3520 MARION SPILLWAY

Elmore ALabama 36025

Charco Hawkins B1-126A 180465
Elmore Correctional Facility
3520 Marions Spillway rd
Elmore, Al
　　　36025

MONTGOMERY AL 360
11 JUL 2022 PM
FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 36025
02 7H
0001244764    $ 000.57⁰    JUL 11 2022

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery AL 36104-4018

Legal MAIL
Elmore CF
Law Library

36104-401801