IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARCO A. HAWKINS, AIS 180465, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-315-ECM-KFP |
| ) | |
| DeANGELO JONES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Motion to Reschedule Status Conference (Doc. 59), it is ORDERED that the motion is GRANTED. The telephone status conference previously set for July 21, 2022, at 10:00 a.m. is RESET for **July 21, 2022, at 1:00 p.m.** Defendants will set up the telephone conference call. Officials at the Alabama Department of Corrections or the persons having custody of Plaintiff must produce him for the conference call.

DONE this 19th day of July, 2022.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE